UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN ASIAN ABILITIES CLUB et al., <br><br>  Plaintiffs, <br><br> v. <br><br> 21107 AMIE OWNER LLC, <br><br>  Defendant. | Case No. 2:25-cv-00497-SB-SSC <br><br> ORDER DISMISSING PLAINTIFFS' UNRUH ACT CLAIM |

    In response to the Court's order to show cause why it should not decline supplemental jurisdiction over Plaintiffs' claim under the Unruh Act, Plaintiffs filed a notice that they are electing not to pursue their Unruh Act claim and requesting dismissal of that claim without prejudice. Accordingly, it is ORDERED that Plaintiff's claim under the Unruh Act is DISMISSED without prejudice.

Date: June 20, 2025

                                            Stanley Blumenfeld, Jr.
                                        United States District Judge